# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

160134

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SAMUEL EUGENE CALHOUN,
      Defendant-Appellant.

SC: 160134
COA: 349993
Berrien CC: 2001-410703-FC

_____/

      On order of the Court, the application for leave to appeal the August 7, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020

b0420

Clerk